UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ALEXANDER JOHN CUEVAS,       )
                             )
        Petitioner,          )   Case No. CV 13-9011-JVS(AJW)
                             )
    v.                       )
                             )   JUDGMENT
HONDON, LVN, and EDMOND J.   )
BROWN JR.,                   )
                             )
        Respondents.         )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.


Date: __December 16, 2013

_____
James V. Selna
United States District Judge